■ Bonny J. Mombrea et al., Appellants, v Danny R. Laird et al., Respondents. [38 NYS3d 828]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered July 22, 2014. The order, insofar as appealed from, denied the cross motion of plaintiffs for summary judgment dismissing defendants' counterclaim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Centra, NeMoyer, Troutman and Scudder, JJ.